IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHARON MAGNUSSON,<br><br>              Plaintiff,<br>v.<br><br>OCWEN LOAN SERVICING, LLC, and NATIONSTAR MORTGAGE, LLC, and CENLAR FSB, and JANE AND JOHN DOES 1-10,<br><br>              Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-cv-161-DN-DBP<br><br>District Judge David Nuffer |

Before the Court is the Report and Recommendation (R & R) by United States Magistrate Judge Dustin Pead,[1] recommending that this Court (1) deny Plaintiff Magnusson's motion for default judgment, and (2) grant Defendant Cenlar's motion to dismiss without prejudice.[2]

The parties were notified of their right to file objections to the R & R within 14 days of service pursuant to 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure.[3] Magnusson filed a timely objection[4] in which she argues that the court should have accepted the arguments in her brief rather than the arguments presented by the opposing party.

Pursuant to 28 U.S.C. § 636(b) and Rule 72(b)(3), the Court has reviewed de novo all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation. The Court agrees with the analysis and conclusion of the magistrate judge.

---

[1] Report & Recommendation (R & R), docket no. 28, filed June 20, 2014.

[2] *Id.* at 7.

[3] *Id.*

[4] Objection to Report and Recommendation (Objection), docket no. 31, filed July 3, 2014.

Accordingly, the court ADOPTS the R & R and Magnusson's objection is OVERRULED.

IT IS HEREBY ORDERED that Magnusson's Motion for Default Judgment[5] is DENIED.

IT IS FURTHER ORDERED that Cenlar's Motion to Dismiss[6] is GRANTED and all claims against Cenlar are dismissed WITHOUT PREJUDICE.

Signed August 21, 2014.

BY THE COURT

District Judge David Nuffer

---

[5] Motion for Entry of Default Judgment, docket no. 8, filed March 28, 2014.

[6] Motion to Dismiss, docket no. 10, filed April 4, 2014.